UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.                                                      CASE No. 8:08-cv-611-T-24TGW

BRANCH BANKING & TRUST COMPANY,

    Defendant.

_____

## ORDER

This cause comes before the Court on Plaintiff PNC Bank, National Association's ("PNC") Motion for Approval of Supersedeas Bond Pursuant to Rule 62 of the Federal Rules of Civil Procedure. (Dkt. 115.) Defendant Branch Banking and Trust Company ("BB&T") does not oppose the motion.

PNC appealed the Court's order awarding attorneys and fees and costs to BB&T in the amount of $364,404.82. PNC now moves the Court for approval of its supersedeas bond, so that the execution of the attorneys' fee award will be stayed on appeal. Under Rule 62(d), the execution of a judgment may be stayed pending appeal when the appellant posts a supersedeas bond. "The stay takes effect when the court approves the bond." Fed. R. Civ. P. 62(d).

The Court approves PNC's supersedeas bond because it will provide adequate security for BB&T if PNC's appeal is not successful. The bond is in the amount of $367,000.00, which represents the principal amount of the award ($364,404.82) and two years of interest calculated pursuant to the provisions of 28 U.S.C. § 1961. The bond, therefore, would fully compensate BB&T for the full amount of the attorney fee award, as well as post-judgment interest that may accrue during the appeal. Moreover, BB&T concurs that the amount of the proposed bond is

adequate security.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff PNC Bank, National Association's Motion for Approval of Supersedeas Bond Pursuant to Rule 62 of the Federal Rules of Civil Procedure (Dkt. 115) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of August, 2010.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge